UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP, AND
VIVIAN RICARDO CAESAR

    Defendants.
_____/

SUMMONS IN A CIVIL ACTION

TO:    VIVIAN RICARDO CAESAR
    9740 SW 12th ST
    Pembroke Pines, FL 33025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Brian H. Pollock, Esq.
    FairLaw Firm
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   (305) 230-4884
    brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____          CLERK OF COURT

                                        _____
                                        Signature of Clerk or Deputy Clerk

Civil Action No.:

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)_____was received by me on (date)_____.

    ☐ I personally served the summons on the individual at (place) _____ _____, on (date)_____; or

    ☐ I left the summons at the individual's residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there,_____on (date) , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on (name of individual)_____ designated by law to accept service of process on behalf of (name of organization) _____ _____on (date) _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☐ Other (specify):
                                                                                                                                                .

My fees are $_____for travel and $_____for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____            _____
                                                                       Server's Signature

                                                     _____
                                                                     Printed Name and Title

                                                     _____
                                                                         Server's address

Additional information regarding attempted service, etc: