UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824

TATIANA FERNANDA SAPERSTEIN,

      Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP, AND
VIVIAN RICARDO CAESAR

      Defendants.
_____/

<u>SUMMONS IN A CIVIL ACTION</u>

TO:    MAMA PIZZA AND BAKERY CORP
         c/o Vivian Ricardo Caesar, its Registered Agent
         992 NE 167th ST
         North Miami Beach, FL 33162

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      Brian H. Pollock, Esq.
                      FairLaw Firm
                      135 San Lorenzo Avenue
                      Suite 770
                      Coral Gables, FL 33146
                      Tel:    (305) 230-4884
                      brian@fairlawattorney.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21, 2025



SUMMONS

Deputy Clerk
U.S. District Courts

Angela E. Noble

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP, AND
VIVIAN RICARDO CAESAR

    Defendants.
_____/

SUMMONS IN A CIVIL ACTION

TO:    VIVIAN RICARDO CAESAR
9740 SW 12th ST
Pembroke Pines, FL 33025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brian H. Pollock, Esq.
> FairLaw Firm
> 135 San Lorenzo Avenue
> Suite 770
> Coral Gables, FL 33146
> Tel:    (305) 230-4884
> brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21, 2025



Angela E. Noble
Clerk of Court

SUMMONS

Deputy Clerk
U.S. District Courts

Civil Action No.: