UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CAESAR,

    Defendants.
_____/

PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Tatiana Fernanda Saperstein, pursuant to the Court's Order entered on October 21, 2025 [ECF No. 4], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

*Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. See Calderon v. Baker Concrete Const., Inc., 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading, and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

*Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from her employment at this time, and so she must estimate the hours that she worked, the pay that she received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that she is owed a total of $3,780.50, broken down as follows:

| Dates Worked | Days Worked | Hours per Day | Min. Wage | Wage Paid | FLSA MW Owed |
|---|---|---|---|---|---|
| May 21, 2025 – July 11, 2025 | 44 | 8 | $7.50 | $0.00 | $2,522.00 |

| Dates Worked | Weeks Worked | Overtime Hours per Week | Overtime Rate* | Overtime Paid | OT Owed |
|---|---|---|---|---|---|
| May 10, 2025 – July 11, 2025 | 9 | 7 | $19.50 | $0.00 | $1,228.50 |

*Overtime Rate is based on the applicable Fla. Min. Wage of $13.00 / hour

4. Plaintiff is claiming that she is owed $3,780.50 in wages earned between May 10, 2025, and July 11, 2025, which includes:

   a. $2,552.00 in FLSA minimum wages, and

   b. $1,228.50 in overtime wages.

5. Plaintiff also seeks liquidated damages in an amount equal to the unpaid/underpaid FLSA minimum and overtime wages owed to her plus reasonable attorneys' fees and costs pursuant to the FLSA.

6. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

7. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

8. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

Respectfully submitted this 23rd day of October 2025.

Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com