UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

      Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP, AND
VIVIAN RICARDO CAESAR,

      Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
### ON DEFENDANT, MAMA PIZZA AND BAKERY CORP

      Plaintiff, Tatiana Fernanda Saperstein, files the Return of Service on Defendant, Mama

Pizza and Bakery Corp (served on October 29, 2025).

      Dated this 31st day of October 2025.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
