## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-24824-CMA

Plaintiff:
**TATIANA FERNANDA SAPERSTEIN**

vs.

Defendant:
**MAMA PIZZA AND BAKERY CORP, AND VIVIAN RICARDO CAESAR**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 21st day of October, 2025 at 9:54 am to be served on **MAMA PIZZA AND BAKERY CORP c/o Vivian Ricardo Caesar, its Registered Agent, 992 NE 167 Street, North Miami Beach, FL 33162**.

I, Joseph Onega, do hereby affirm that on the **29th day of October, 2025** at **12:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Vivian Rocardo Cesar** as **Registered Agent** for **MAMA PIZZA AND BAKERY CORP**, at the alternate address of: **7429 Riviera Blvd., Miramar, FL 33023**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Black, Height: 5'10", Weight: 170, Hair: Black, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025001717

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a