UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24824-CIV-ALTONAGA/Reid

**TATIANA FERNANDA SAPERSTEIN**,

    Plaintiff,
v.

**MAMA PIZZA AND BAKERY CORP.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendants appear to have been served. (*See* Returns of Service [ECF Nos. 6 and 7]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers by **November 19, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record