UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CAESAR,

    Defendants.
_____/

## **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff, Tatiana Fernanda Saperstein, through undersigned counsel and pursuant to Fed. R. Civ. P. 55 and other applicable Rules and laws, requests the Clerk of Court to enter a Default against Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, based on the following good cause:

1. Plaintiff, Tatiana Fernanda Saperstein, served the Summons and Complaint on Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, on October 9, 2025. [ECF Nos. 7,8.]

2. Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, failed to timely file a request for an extension of time from the Court, failed to receive an extension of time from the Court, and otherwise failed to respond to the Complaint such that the Clerk of Courts should now proceed to enter a Default against Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar.

## MEMORANDUM OF LAW

"In the courts, there is room for only so much lenity. The district court must consider the equities not only to plaintiff and his counsel, but also to the opposing parties and counsel, as well as to the public, including those persons affected by the court's increasingly crowded docket." *Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

WHEREFORE Plaintiff, Tatiana Fernanda Saperstein, requests the Clerk of Courts to issue a Default against Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, for failing to respond to the Complaint within the time proscribed by law or request (and obtain) an extension of time from the Court, and to award such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 25th day of November 2025, which will effect service on all who appear in this action, and by U.S. Mail on Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, 7429 Riviera Blvd., Miramar, FL 33023 (the address where served with process in this action).

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*