UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CAESAR,

    Defendants.
_____/

## **CLERK'S DEFAULT**

It appearing that Defendants herein, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, are in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, as of course, on this date _____.

                                       **ANGELA E. NOBLE**
                                       CLERK OF COURT

                                       By:_____
                                             Deputy Clerk

`