UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ATLONGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CARSAR,

    Defendants.
_____/

## NON-MILITARY AFFIDAVIT

BEFORE ME, the undersigned authority to take oaths in the state and county aforesaid, personally appeared Katelyn Schickman, who, after being duly sworn, deposes and says:

1. That I am the attorney for the Plaintiff herein.
2. That Defendant, Vivian Ricardo Caesar, is neither a corporation nor in the active service of the military of the United States or any of its allies.

FURTHER AFIANT SAYETH NAUGHT.

Katelyn Schickman, Esq. (1064879)
FairLaw Firm
135 San Lorenzo Ave, Ste. 770
Coral Gables, FL 33146
Tel.: (305) 230-4884

Before me, the undersigned authority, personally appeared, Katelyn Schickman, Esq., who is personally known to me and who, after being duly sworn, deposes and says that she has read the foregoing and that the facts and matters set forth herein are true and correct to the best of her knowledge.

SWORN TO AND SUBSCRIBED this 25th day of November 2025.

Notary Public State of Florida
Steffany Sanguino
My Commission HH 698200
Expires 11/8/2029

Notary Public, State of Florida
My Commission Expires: