UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TATIANA FERNANDA SAPERSTEIN

PLAINTIFF(S)

v.

MAMA PIZZA AND BAKERY CORP, et al.,

DEFENDANT(S).

CASE NUMBER
1:25−cv−24824−CMA

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Vivian Rocardo Cesar
MAMA PIZZA AND BAKERY CORP**

as of course, on the date November 25, 2025.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Dimas Rodriguez*
Deputy Clerk

cc: Chief Judge Cecilia M. Altonaga
    TATIANA FERNANDA SAPERSTEIN

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)