UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP
AND VIVIAN RICARDO CAESAR,

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Tatiana Fernanda Saperstein, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

   a) Tatiana Fernanda Saperstein – Plaintiff;

   b) Brian H. Pollock, Esq. – counsel for Plaintiff;

   c) Katelyn Schickman, Esq. – counsel for Plaintiff;

   d) Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

   e) Mama Pizza and Bakery Corp – Defendant; and

   f) Vivian Ricardo Caesar – Defendant.

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

   None known to Plaintiff.

1

**3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

      None known to Plaintiff.

**4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

      Plaintiff, Tatiana Fernanda Saperstein.

**5.     Check one of the following:**

__X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated this 1st day of December 2025.

                              Respectfully submitted,

                              <u>Katelyn Schickman, Esq.</u>
                              Brian H. Pollock, Esq. (174742)
                              brian@fairlawattorney.com
                              Katelyn Schickman, Esq. (1064879)
                              katie@fairlawattorney.com
                              FAIRLAW FIRM
                              135 San Lorenzo Ave.
                              Suite 770
                              Coral Gables, FL 33146
                              Tel:     305.230.4884
                              *Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com