UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24824-CIV-ALTONAGA/Reid

**TATIANA FERNANDA SAPERSTEIN**,

    Plaintiff,
v.

**MAMA PIZZA AND BAKERY CORP**, *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court upon Plaintiff, Tatiana Fernanda Saperstein's Notice of Joint Liability ("Notice") [ECF No. 16], filed on December 2, 2025. On November 25, 2025, the Clerk entered a Default [ECF No. 13] against Defendants, Mama Pizza and Bakery Corp. ("Mama Pizza") and Vivian Ricardo Caesar, following their failure to timely respond to the Complaint [ECF No. 1] or otherwise appear. That same day, the Court entered an Order [ECF No. 14] directing Plaintiff to file either a motion for default final judgment or a notice of joint liability. (*See* Nov. 25, 2025 Order 1–2).[1] Plaintiff opted for the latter. (*See generally* Notice).

For context, Plaintiff filed this action seeking relief for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. sections 201–09. (*See* Compl. ¶¶ 22–31). Plaintiff alleges that she worked for Mama Pizza between May 2025 and July 2025. (*See id.* ¶¶ 2–4, 12). According to Plaintiff, Caesar exercised operational control over Mama Pizza's day-to-day functions, including employee compensation; and therefore, both Mama Pizza and Caesar qualify as employers under 29 U.S.C. section 203(d). (*See* Compl. ¶¶ 3–4, 6–7). Based on this framework,

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 25-24824-CIV-ALTONAGA/Reid

Plaintiff alleges that Mama Pizza and Caesar failed to pay her for hours she worked for Defendants between approximately May 22, 2025 and July 11, 2025, including overtime hours; and are jointly and severally liable for resulting violations of the FLSA. (*See* Compl. ¶¶ 22–31; *see also* Notice ¶ 3).

Plaintiff has briefly described the allegations regarding Defendants and advises they are jointly liable as to Counts I–II, alleging violations of the FLSA. (*See generally* Compl.). As Defendants have failed to appear in this case or respond to any Court order, it is

**ORDERED** that, by **December 14, 2025**, Plaintiff, Tatiana Fernanda Saperstein shall move for the entry of default final judgment against Defendants, Mama Pizza and Bakery Corp. and Vivian Ricardo Caesar, as described in the Order on Default Final Judgment Procedure [ECF No. 14]. Plaintiff's failure to file for a *motion for default final judgment* within the specified time will result in a **dismissal** of the case without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of December, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record