UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CAESAR,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT**

    Plaintiff, Tatiana Fernanda Saperstein, through undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant Plaintiff an extension of time to file her Motion for Default Final Judgment based on the following good cause:

    1.    Plaintiff, Tatiana Fernanda Saperstein, sued Defendants, Mama Pizza and Bakery Corp, and Vivian Ricardo Caesar, for violating the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*, by failing to pay her minimum wages and overtime wages. [ECF No. 1].

    2.    Plaintiff provided a copy of the Summons and Complaint to her process server, who served both Defendants on October 29, 2025, at the address of 7429 Riviera Boulevard, Miramar, Florida 33023. [ECF Nos. 7-1, 8-1].

3. Defendants failed to take the required actions or file any responses through the date set forth below, such that the Clerk of Courts granted Plaintiff's Motion for Entry of Clerk's Default. [ECF No. 13].

4. Following the Clerk's entry of default against the Defendants, the Court entered its Order on Default Final Judgment Procedure [ECF No. 14] on November 26, 2025, requiring that Plaintiff first file a Notice of Joint Liability by December 9, 2025, because there are multiple Defendants and Plaintiff is alleging joint and several liability, and then move for the entry of default final judgment against Defendants no later than 14 days thereafter.

5. Plaintiff filed her Notice of Joint Liability on December 2, 2025 [ECF No. 16].

6. Following the Plaintiff's Notice of Joint Liability, the court entered an Order [ECF No. 17] on December 3, 2025, requiring that Plaintiff file her Motion for default Final Judgment, on or before December 14, 2025.

7. During the thirteen days following the Plaintiff's Notice of Joint Liability, Plaintiff's counsel has diligently prepared the Motion for Default Final Judgment, the Proposed Final Default, along with Plaintiff's sworn declaration attesting to the amounts of unpaid wages she is owed by Defendants.

8. Plaintiff is currently unavailable to complete the final review and execution of her sworn declaration supporting the Motion for Default Final Judgment, which must be submitted concurrently with the Motion for the Court's consideration.

9. This Motion is made in good faith and not for purposes of delay. No prejudice will result to any party if the requested extension is granted.

10. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

11. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.,* 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

12. Accordingly, Plaintiff respectfully requests the Court to grant her a one-week extension of time through December 22, 2025, to file her Motion for Entry of Default Final Judgment.

13. A proposed Order is being submitted simultaneously herewith.

WHEREFORE, Plaintiff, Tatiana Fernanda Saperstein, respectfully requests the Court to grant her the Extension of Time requested above.

Respectfully submitted this 15th day of December 2025,

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Miami, Florida 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
