UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CAESAR,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

THIS CAUSE, having come before the Court on Plaintiff's Motion for Extension of Time to File Plaintiff's Motion for Default Final Judgment, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Plaintiff shall file the Motion for Default Final Judgment no later than December 22, 2025.

DONE AND ORDERED in Chambers, on this _____ day of _____ 20__.

                                                    _____
                                                    CECILIA M. ALTONAGA
                                                    UNITED STATES DISTRICT JUDGE

Copies To:
*Designated U.S. Magistrate Judge*
*Counsel of Record by CM/ECF*