UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24824-CIV-ALTONAGA/Reid

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

v.

MAMA PIZZA AND BAKERY CORP., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiff's Motion for Extension of Time to File Plaintiff's Motion for Default Final Judgment [ECF No. 18]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff shall file the motion for default final judgment no later than **December 22, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of December, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record