UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CAESAR,

    Defendants.
_____/

## **DECLARATION OF INDEBTEDNESS**

Plaintiff, Tatiana Fernanda Saperstein, having been duly sworn, deposes and states as follows:

1. I provided labor and services for Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, and initiated this lawsuit to recover the value of my services I earned but was not paid.

2. From May 2025 to July 11, 2025, I performed services on behalf of Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, for which I was not compensated.

3. I am owed the total amount of **$3,780.50**, comprised of the following:

    a. **$2,552.00** in unpaid minimum wages under the FLSA, calculated as follows:

| Dates Worked | Days Worked | Hours per Day | Minimum Wage Rate | Wages Paid | Minimum Wages Owed |
|---|---|---|---|---|---|
| May 21, 2025 - July 11, 2025 | 44 | 8 | $7.25 | $0.00 | **$2,552.00** |

1

b. **$1,228.50** in unpaid overtime wages, calculated as follows:

| Dates Worked | Weeks Worked | Overtime Hours per Week | Overtime Rate* | Overtime Paid | Overtime Wages Owed |
|---|---|---|---|---|---|
| May 10, 2025 - July 11, 2025 | 9 | 7 | $19.50 | $0.00 | **$1,228.50** |

*Overtime Rate is based on the applicable Florida minimum wage rate of $13.00 per hour.

4. I am also seeking liquidated damages in the amount of **$3,780.50,** which is the same amount of my unpaid minimum wages and overtime pay under the FLSA.

5. In total, I am owed **$7,561.00** in unpaid wages and liquidated damages, in addition to entitlement to recovery of my attorneys' fees, costs, and reasonable expenses.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

Dated: 16/12/2025

*Tatiana Saperstein (Dec 16, 2025 11:50:28 EST)*
TATIANA FERNANDA SAPERSTEIN

135 San Lorenzo Avenue, Suite 770, Miami, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com