UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24824-CIV-ALTONAGA/Reid

**TATIANA FERNANDA SAPERSTEIN**,

    Plaintiff,
v.

**MAMA PIZZA AND BAKERY CORP**, *et al.*,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** came before the Court on Plaintiff, Tatiana Fernanda Saperstein's Motion for Default Final Judgment [ECF No. 20], filed on December 16, 2025. On December 2, 2025, the Court entered an Order [ECF No. 17] directing Plaintiff to file a motion for default final judgment against Defendants, Mama Pizza and Bakery Corp. and Vivian Ricardo Caesar following Defendants' failure to timely respond to the Complaint [ECF No. 1] or otherwise appear in this action. (*See* Dec. 2, 2025 Order 2).[1] The Court instructed Plaintiff to submit (1) an accompanying affidavit, (2) a proposed order, and (3) a proposed final judgment alongside the motion, as required by the Local Rules; and to email the proposed order and final judgment to the Court by e-mail in Word format at altonaga@flsd.uscourts.gov. (*See* Dec. 2, 2025 Order 2; Order on Default Final J. Pro. [ECF No. 14] 2).

    Plaintiff filed an affidavit and filed and emailed a proposed final judgment with her Motion, but did not file or email a proposed order granting the Motion. (*See generally* Mot.).

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 25-24824-CIV-ALTONAGA/Reid

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Tatiana Fernanda Saperstein's Motion for Default Final Judgment **[ECF No. 20]** is **DENIED**. Plaintiff has until **December 22, 2025** to file a renewed motion for default judgment with a proposed final judgment *and* a *separate*, well-supported, proposed order. The proposed order shall specify the amount of damages Plaintiff seeks, discuss the admitted facts, and explain the legal basis for the requested relief.[2] Plaintiff is reminded that, under the CM/ECF Administrative Procedures, the proposed final judgment and *separate* proposed order must also be submitted to the Court by e-mail in Word format at altonaga@flsd.uscourts.gov.

**DONE AND ORDERED** in Miami, Florida, this 16th day of December, 2025.

*[signature: Cecilia M. Altonaga]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[2] Attached to this Order is a sample order on a motion for default judgment providing an example of the analysis expected from a plaintiff in a proposed order granting default judgment.