IN THE COUNTY COURT FOR THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

KATHERINE SANTOS CASTRO,                    COUNTY CIVIL DIVISION – CORAL GABLES

　　　　　Plaintiff,                                    CASE NO.:  2025-159249-CC-25 (04)

vs.

JEAN MICHAEL HEALTH CARE SERVICES, INC. AND
IVONNE LOPEZ,

　　　　　Defendants.

_____/

## DECLARATION OF INDEBTEDNESS

Plaintiff, Katherine Santos Castro, having been duly sworn, deposes and says as follows:

1.　　　I provided labor and services for Defendants, Jean Michael Health Care Services, Inc., and Ivonne Lopez, and initiated this lawsuit to recover the money I earned but was not paid, and for the worthless checks issued to me.

2.　　　I performed services on behalf of Defendant J.M. Health Care Services Inc. from June 2023 to September 15, 2024.

3.　　　From June 24, 2024, to September 15, 2024, I performed services on behalf of Defendants, J.M. Health Care Services Inc., and Ivonne Lopez for which I was to receive a weekly salary payment of $1,500, but they did not pay me in full the money they owe me for my work.

4.　　　I am owed the total amount of **$16,650.00**, comprised of the following:

　　　a.　　**$3,150.00** for the face value of Check No. 1518 ($1,500.00), the 5% service charge ($75), the face value of Check No. 1773 ($1,500.00), and the 5% service charge ($75).

1

| Check No. | Face Value | Bank Fees / Service Charges (5% x $1,500) | Total |
|---|---|---|---|
| **1518** | $1,500.00 | $75.00 | $1,575.00 |
| **1773** | $1,500.00 | $75.00 | $1,575.00 |

      b.    **$13,500** in breach of contract damages for work performed on behalf of

Defendants, as follows:

| Dates Worked | Check No. (if known) | Amount Owed |
|---|---|---|
| 7/1/24 – 7/7/24 | | $1,500.00 |
| 7/8/24 – 7/14/24 | | $1,500.00 |
| 7/15/24 – 7/21/24 | 1723 | $1,500.00 |
| 7/29/24 – 8/4/24 | 1801 | $1,500.00 |
| 8/12/24 – 8/18/24 | 1867 | $1,500.00 |
| 8/19/24 – 8/25/24 | | $1,500.00 |
| 8/26/24 – 9/1/24 | | $1,500.00 |
| 9/2/24 – 9/8/24 | | $1,500.00 |
| 9/9/24 – 9/15/24 | | $1,500.00 |

      5.    I am entitled to recover treble damages of **$9,000.00**, which is three times the

amount of Check Nos. 1518 (3 * $1,500) and 1773 (3 * $1,500), under Fla. Stat §68.065.

      6.    I am owed and entitled to recover **$25,650.00** from the Defendants for worthless

checks 1518 and 1773, bank fees /service charges, statutory damages, and breach of contract

2

damages, in addition to entitlement to recovery of my attorneys' fees, costs, and reasonable expenses.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

19/12/2025

Dated _____

Katherine Santos (Dec 19, 2025 11:54:29 EST)

KATHERINE SANTOS CASTRO

3