UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CAESAR,

    Defendants.
_____/

## PROPOSED FINAL JUDGMENT FOR PLAINTIFF

THIS CAUSE comes before the Court on Plaintiff's Motion for Entry of Final Judgment (the "Motion"). The Court has reviewed the Motion and the record and is otherwise fully advised. Pursuant to the Federal Rules of Civil Procedure 55 and 58, the Court enters this separate judgment for Plaintiff. Accordingly, for good cause shown, it is hereby **ORDERED and ADJUDGED** as follows:

1.    Plaintiff's Motion for Entry of Final Judgment is hereby **GRANTED**;

2.    Default Judgment is hereby entered in favor of Plaintiff, Tatiana Fernanda Saperstein, and against Defendants, Mama Pizza and Bakery Corp and Vivian Ricardo Caesar, jointly and severally, in the amount of **$7,561.00,** calculated as follows:

    a. $2,552.00 in unpaid minimum wages under the FLSA,

    b. $1,228.50 in unpaid overtime wages, and

    c. $3,780.50 in liquidated damages.

1

3.      Plaintiff is the prevailing party and is entitled to recover her reasonable attorneys' fees and costs in an amount to be determined by the Court under 29 U.S.C. §216(b) and Fla. Stat. § 448.08.

4.      The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

**DONE and ORDERED** in Miami-Dade, Florida, on this ___ day of December 2025.

_____
JUDGE CECILIA M. ALTONAGA
UNITED STATES DISTRICT CHIEF JUDGE

135 San Lorenzo Avenue, Suite 770, Miami, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com