UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24824-CIV-ALTONAGA/Reid

**TATIANA FERNANDA SAPERSTEIN**,

     Plaintiff,
v.

**MAMA PIZZA AND BAKERY CORP**, *et al.*,

     Defendants.
_____/

**ORDER**

     **THIS CAUSE** came before the Court on Plaintiff, Tatiana Fernanda Saperstein's Renewed Motion for Default Final Judgment [ECF No. 22], filed on December 22, 2025.

     On December 16, 2025, the Court entered an Order [ECF No. 21] denying Plaintiff's Motion for Default Judgment [ECF No. 20] because Plaintiff did not file or email a proposed order granting the Motion, as required by the Court's December 2, 2025 Order [ECF No. 17] and the Local Rules. (*See generally* Dec. 16, 2025 Order). The Court directed Plaintiff to "file a renewed motion for default judgment with a proposed final judgment *and* a *separate*, well-supported, proposed order." (*Id.* 2 (emphases in original)). The Court further reminded Plaintiff that "under the CM/ECF Administrative Procedures, the proposed final judgment and separate proposed order must also be submitted to the Court by e-mail in Word format at altonaga@flsd.uscourts.gov." (*Id.*); *see also* S.D. Fla. L.R. 7.1(a)(2) (requiring that motions for final default judgment "be accompanied by a proposed order that is *filed and* . . . [emailed]" (alteration and emphasis added)).

     Plaintiff attached a proposed final judgment to her Renewed Motion and emailed the proposed final judgment, as well as a proposed order granting the Renewed Motion, to altonaga@flsd.uscourts.gov. But Plaintiff did not file a proposed order granting the Renewed Motion, as required by the Court's Orders and the Local Rules.

CASE NO. 25-24824-CIV-ALTONAGA/Reid

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Tatiana Fernanda Saperstein's Renewed Motion for Default Final Judgment **[ECF No. 22]** is **DENIED**. Plaintiff has until **December 30, 2025** to *file* a second renewed motion for default judgment with a proposed final judgment *and* a *separate*, well-supported, proposed order. Plaintiff is reminded that, under the CM/ECF Administrative Procedures, the proposed final judgment and *separate* proposed order must *also* be submitted to the Court by e-mail in Word format at altonaga@flsd.uscourts.gov. Failure to comply may result in dismissal without further notice.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of December, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record