UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24824-CIV-ALTONAGA/Reid

**TATIANA FERNANDA SAPERSTEIN**,

    Plaintiff,
v.

**MAMA PIZZA AND BAKERY CORP**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Tatiana Fernanda Saperstein's Second Renewed Motion for Default Final Judgment [ECF No. 25], filed on December 23, 2025. For the reasons set forth in the Court's Order [ECF No. 26] granting the Motion, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Tatiana Fernanda Saperstein and against Defendants, Mama Pizza and Bakery Corp. and Vivian Ricardo Caesar on Counts I–II of Plaintiff's Complaint **[ECF No. 1]**.

2. Plaintiff shall recover from Mama Pizza and Bakery Corp. and Vivian Ricardo Caesar, jointly and severally, the principal sum of **$7,561.00**, for which sum let execution issue.

3. The Court retains jurisdiction to enforce the Judgment and to consider any motion for attorney's fees, expenses, and costs. Any motion for fees must be accompanied by a well-supported memorandum and proposed order.

CASE NO. 25-24824-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 8th day of January, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record