# FairLaw Firm

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Tatiana Fernanda Saperstein

Brian H. Pollock, Esq. $550
P. Brooks LaRou, Esq. $375
Katelyn Schickman, Esq. $275
Steffany Sanguino $165

**INVOICE**

Open (Not Sent)

**Invoice #** 796

**Invoice Date:** 2/5/2026

Amount due
**16,309.80**

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 7/31/2025 | Katie Schickman Esq. | Legal | Initial consultation with potential client, Ms. Saperstein; discuss her claim and what to expect | 1.10 | 302.50 |
| 9/3/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to client reminding her that our communications are privileged and confidential and of the requirement to preserve all evidence (letters in English and Spanish) | 0.40 | 220.00 |
| 9/3/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client with a list of documents we seek to help get her case started. | 0.20 | 33.00 |
| 9/5/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client following up with documents to help initiate her case. | 0.20 | 33.00 |
| 9/8/2025 | Steffany Sanguino | Paralegal | I called the client to follow up with documents but no.a. I left a voicemail and sent an email to follow up. | 0.20 | 33.00 |
| 9/8/2025 | Steffany Sanguino | Paralegal | Received and reviewed a few screenshots of Ms. Saperstein's texts with Nissing C. I drafted an email to the client requesting that she export the entire conversation and email it to me. | 0.30 | 49.50 |
| 9/10/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client to follow up on the entire conversation she had. | 0.20 | 33.00 |
| 9/11/2025 | Katie Schickman Esq. | Phone Call | T/c with client to confirm minimum wages and calculations for same for pre-suit FMWA demand letter | 0.10 | 27.50 |
| 9/11/2025 | Katie Schickman Esq. | Draft/revise | draft fmwa presuit demand lettter | 0.60 | 165.00 |
| 9/11/2025 | Steffany Sanguino | Paralegal | Received a WhatsApp chat from the client. I emailed her to confirm who the chat is with. | 0.30 | 49.50 |
| 9/11/2025 | Steffany Sanguino | Paralegal | The client confirmed the WhatsApp chat received was with Nissing, the owner of Mama Pizza. | 0.10 | 16.50 |
| 9/11/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client to request that she provide us with the information of all the other employees she had worked with. | 0.20 | 33.00 |
| 9/11/2025 | Katie Schickman Esq. | Draft/revise | Draft proposed Complaint for FLSA OT and MW (pending review by Mr. Pollock) | 0.80 | 220.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/15/2025 | Steffany Sanguino | Paralegal | Information regarding the witnesses that would be used in our Rule 26 disclosures has been received. | 0.30 | 49.50 |
| 9/15/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client requesting the full name for Bubba, one of the witnesses who will be used in our Rule 26. | 0.20 | 33.00 |
| 9/16/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client to follow up with Bubba's full name and to confirm if she has provided us with any other documents. | 0.20 | 33.00 |
| 9/17/2025 | Katie Schickman Esq. | Draft/revise | revise fmw demand letter & change complaint to reflect revision (save as v2's) | 0.30 | 82.50 |
| 9/17/2025 | Katie Schickman Esq. | Draft/revise | revise fmw demand letter & change complaint to reflect revision (save as v2's) | 0.30 | 82.50 |
| 9/24/2025 | Katie Schickman Esq. | Draft/revise | revise complaint in accordance with bp redline - save as v3 | 0.90 | 247.50 |
| 9/24/2025 | Katie Schickman Esq. | Draft/revise | revise fmwa pre-suit notice in accordance w/ bp redline (v3) | 0.80 | 220.00 |
| 9/25/2025 | Steffany Sanguino | Paralegal | I received an email from the client requesting an update. I informed the client that we are still working on gathering all information so we can proceed with the next step. The client confirmed she provided me with all documents and information. | 0.20 | 33.00 |
| 9/26/2025 | Katie Schickman Esq. | Draft/revise | revise complaint to include both defendants - save as v4 | 0.30 | 82.50 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | Continue to draft/revise the Complaint (for review by Mr. Pollock before filing) | 0.20 | 55.00 |
| 10/9/2025 | Katie Schickman Esq. | Draft/revise | revise pre-suit notice in accordance with bp redline - save as v5 | 0.70 | 192.50 |
| 10/9/2025 | Katie Schickman Esq. | Draft/revise | revise complaint to separate flsa minimum wage and flsa ot counts | 1.70 | 467.50 |
| 10/20/2025 | Brian H. Pollock Esq. | Draft/revise | Revise and finalize the Complaint for filing | 0.40 | 220.00 |
| 10/20/2025 | Katie Schickman Esq. | Draft/revise | draft summons for mama pizza | 0.20 | 55.00 |
| 10/20/2025 | Katie Schickman Esq. | Draft/revise | Draft summons for Vivian Caesar | 0.20 | 55.00 |
| 10/20/2025 | Katie Schickman Esq. | Legal | Run public records search to determine which address to serve individual Defendant at | 0.20 | 55.00 |
| 10/20/2025 | Brian H. Pollock Esq. | Draft/revise | Draft civil cover sheet | 0.20 | 110.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/2025 | Steffany Sanguino | Paralegal | I received a voicemail from the client requesting a callback. I called the client and she informed me that her ex-co-worker told her to just ask for payment and that they would pay her little by little. I informed the client that we filed her complaint to the court on 10/20. I reminded her of the signed contract and went over the process, and explained the deadlines to her. The client requested a copy of the complaint, so I drafted a letter and an email enclosing the requested documents. | 0.50 | 82.50 |
| 10/21/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Summonses (x2) issued to each Defendant | 0.20 | 110.00 |
| 10/21/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Order requiring Plaintiff to file a Statement of Claim by 10/31/25. Referring Cas to Magistrate Judge Lissette M. Reid for settlement conference. signed by Chief Judge Cecilia m. Atalonga on 10/21/25 | 0.10 | 27.50 |
| 10/22/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receipt and Review of Clerk's Notice of Judge Assignment to Chief Judge Cecilia M. Atalonga | 0.10 | 27.50 |
| 10/22/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and Review 10/21/25 order | 0.20 | 55.00 |
| 10/22/2025 | Katie Schickman Esq. | Draft/revise | Draft statement of claim (v1) | 0.50 | 137.50 |
| 10/22/2025 | Katie Schickman Esq. | Draft/revise | Draft Katie NOA | 0.20 | 55.00 |
| 10/22/2025 | Katie Schickman Esq. | Legal | File Katie NOA | 0.20 | 55.00 |
| 10/23/2025 | Katie Schickman Esq. | Draft/revise | Revise and finalize FMWA demand letter | 0.30 | 82.50 |
| 10/23/2025 | Katie Schickman Esq. | Draft/revise | Revise SOC in accordance with BP redlines and review documents provided by the client to determine what needs to be attached to the SOC | 0.50 | 137.50 |
| 10/23/2025 | Katie Schickman Esq. | Draft/revise | Finalize the Statement of Claim for filing | 0.20 | 55.00 |
| 10/23/2025 | Katie Schickman Esq. | Phone Call | Lvm for Tatiana in an attempt to confirm the address of ASSA | 0.10 | 27.50 |
| 10/24/2025 | Steffany Sanguino | Paralegal | Preparation overview for our Rule 26 disclosures, including reviewing all relevant case-related documents, photo analysis, witness evaluation, and information compilation. | 0.30 | 49.50 |
| 10/27/2025 | Katie Schickman Esq. | Draft/revise | Review v1 of Rule 26 disclosures and add damage calculation | 0.40 | 110.00 |
| 10/28/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to client re the Statement of Claim we filed with the Court and its significance | 0.40 | 220.00 |
| 10/28/2025 | Katie | Legal | Confer with PBL who conducted research regarding | 1.00 | 275.00 |

| Date | Person | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Schickman Esq. | | potential addresses to serve ASSA's registered agent/officer. | | |
| 10/28/2025 | Brooks LaRou Esq. | Unassigned | Conducted research regarding potential addresses to serve Mama Pizza's registered agent and/or officers, pending judgments against Mama Pizza and its owner Nissim Cohen, and bankruptcy filed by Mr. Cohen. | 0.70 | 262.50 |
| 10/29/2025 | Katie Schickman Esq. | Phone Call | Vivian Cesar called (caller id said ASSA restaurant) - Claims he does not employ women and he does not know who Saperstein is | 0.30 | 82.50 |
| 10/29/2025 | Katie Schickman Esq. | Legal | Confer w/ PBL after I received phone call from Vivian to determine next steps | 0.40 | 110.00 |
| 10/29/2025 | Katie Schickman Esq. | Phone Call | Spoke to Tatiana; she does not know vivian, she did work at ASSA and all her contacts are with Nissim | 0.30 | 82.50 |
| 10/29/2025 | Katie Schickman Esq. | Email with Others (Not Client) | Send email to Vivian Caesar with the information he requested Re: Ms. Saperstein's lawsuit | 0.30 | 82.50 |
| 10/31/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client to confirm that she provided us with all the materials she has that could help her case. | 0.20 | 33.00 |
| 10/31/2025 | Brian H. Pollock Esq. | Draft/revise | Draft NOF Return of Service on Mama Pizza (and review Affidavit of Service) | 0.20 | 110.00 |
| 10/31/2025 | Brian H. Pollock Esq. | Draft/revise | Draft NOF Return of Service on Vivian Ricardo Caesar (and review Affidavit of Service) | 0.20 | 110.00 |
| 10/31/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize NOF return of service on Mama pizza | 0.10 | 27.50 |
| 10/31/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize NOF return of service on Vivian Ricardo Caesar | 0.10 | 27.50 |
| 10/31/2025 | Katie Schickman Esq. | Phone Call | Call Miami-Dade County licensing board in an attempt to get licensing information for North Miami Beach location. Placed on a hold that was never picked up | 0.40 | 110.00 |
| 11/3/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and Review Order Requiring JSR and COIP | 0.10 | 27.50 |
| 11/3/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receipt and review of Order requiring defendants so submit a response by November 19 | 0.10 | 27.50 |
| 11/4/2025 | Steffany Sanguino | Paralegal | Revised our last draft of the Rule 26 disclosures. | 0.20 | 33.00 |
| 11/4/2025 | Steffany Sanguino | Paralegal | I drafted an email to the client to confirm she has produced all materials to us. | 0.20 | 33.00 |
| 11/5/2025 | Steffany Sanguino | Paralegal | Received a video from the client showing her working at Mama Pizza. | 0.10 | 16.50 |
| 11/10/2025 | Katie Schickman Esq. | Legal | Conduct research to find active license at Assa & at Mama Pizza (alleged same owner) to determine what business was active at the location Plaintiff worked at | 0.40 | 110.00 |
| 11/10/2025 | Katie | Email with | Send email to Ms. Saperstein requesting better resolution | 0.20 | 55.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Schickman Esq. | Client | video and/or other more clear photos/videos | | |
| 11/19/2025 | Katie Schickman Esq. | Draft/revise | Draft Motion for Clerk's default against both D's | 0.30 | 82.50 |
| 11/19/2025 | Katie Schickman Esq. | Draft/revise | Draft proposed clerk's default against Vivian Caesar | 0.20 | 55.00 |
| 11/19/2025 | Katie Schickman Esq. | Draft/revise | Draft non-military affidavit for Vivian Caesar | 0.20 | 55.00 |
| 11/19/2025 | Katie Schickman Esq. | Draft/revise | Draft proposed clerk's default against Mama Pizza | 0.20 | 55.00 |
| 11/20/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Order on default procedure | 0.20 | 55.00 |
| 11/25/2025 | Brian H. Pollock Esq. | FLSA - Plaintiff | Final review and approval of M/Default, Non-Military Affidavit, and proposed Default by Clerk | 0.20 | 110.00 |
| 11/25/2025 | Steffany Sanguino | Paralegal | Notarized the Non-Military Affidavit for KS. | 0.20 | 33.00 |
| 11/25/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Order granting default against both defendants | 0.10 | 27.50 |
| 11/26/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Order on Default Final Judgment Procedure | 0.20 | 55.00 |
| 11/26/2025 | Katie Schickman Esq. | Draft/revise | Final revisions on the letters enclosing the clerk's default to mama pizza and vivian caesar | 0.30 | 82.50 |
| 11/26/2025 | Katie Schickman Esq. | Draft/revise | Final revisions on the letters enclosing the motion for clerk's default to mama pizza and vivian caesar | 0.30 | 82.50 |
| 12/1/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Katie Schickman regarding filing Certificate of Interested Parties and Motion for Extension to file Joint Scheduling Report. | 0.10 | 37.50 |
| 12/1/2025 | Katie Schickman Esq. | Draft/revise | Draft Certificate of Interested Parties | 0.30 | 82.50 |
| 12/1/2025 | Katie Schickman Esq. | Legal | Conferral with Juan Aragon regarding filing Certificate of Interested Parties and Motion for Extension to file Joint Scheduling Report. | 0.10 | 27.50 |
| 12/1/2025 | Katie Schickman Esq. | Draft/revise | Draft MET to file JSR. Refer to the docket to determine the order of procedure and default | 0.80 | 220.00 |
| 12/1/2025 | Katie Schickman Esq. | Draft/revise | Draft Notice of Joint Liability (required by ECF No. 14) | 0.90 | 247.50 |
| 12/1/2025 | Brian H. Pollock Esq. | Draft/revise | Revise the Notice of Joint Liability | 0.30 | 165.00 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/2/2025 | Steffany Sanguino | Paralegal | I texted the client, requesting photos of her while she was working at the Pizza place. | 0.10 | 16.50 |
| 12/2/2025 | Katie Schickman Esq. | Phone Call | Spoke to Nissim and Vivian. They denied all allegations | 0.50 | 137.50 |
| 12/2/2025 | Katie Schickman Esq. | Email with Others (Not Client) | Sent email to Vivian Ricardo & Nissim (on behalf of Defendants) to memorialize our conversation | 0.40 | 110.00 |
| 12/2/2025 | Katie Schickman Esq. | Legal | Draft memo memorializing conversation w/ Nissim and Vivian | 0.30 | 82.50 |
| 12/2/2025 | Katie Schickman Esq. | Draft/revise | Review & finalize Notice of Joint Liability | 0.20 | 55.00 |
| 12/2/2025 | Steffany Sanguino | Paralegal | The client informed me that she doesn't have photos of herself while working. She sent us a video but it is very blurry. I emailed the client requesting her to provide us with the video in a better quality. | 0.20 | 33.00 |
| 12/3/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Order detailing default procedures and deadline | 0.20 | 55.00 |
| 12/3/2025 | Katie Schickman Esq. | Phone Call | Spoke to Ms. Saperstein re: the emails Mr. Caesar has sent to us and the proof she has to show she was working there | 0.30 | 82.50 |
| 12/3/2025 | Brian H. Pollock Esq. | FLSA - Plaintiff | Exchange email with Nissim in response to his and review file to reference evidence from client we have to dispute his claim of not knowing her | 0.30 | 165.00 |
| 12/4/2025 | Katie Schickman Esq. | Phone Call | Send a message to Ms. Saperstein requesting a clear version of the video of her working at ASSA | 0.20 | 55.00 |
| 12/5/2025 | Steffany Sanguino | Paralegal | Drafted a text to the client following up with the video showing the work environment. | 0.10 | 16.50 |
| 12/5/2025 | Katie Schickman Esq. | Draft/revise | Draft Motion for Default Final Judgment (pending final damage calculation & exhibits) | 1.80 | 495.00 |
| 12/8/2025 | Katie Schickman Esq. | Draft/revise | Conduct damage calculations and draft declaration of indebtedness to attach to motion for final default judgment | 0.80 | 220.00 |
| 12/8/2025 | Katie Schickman Esq. | Draft/revise | Draft proposed final judgment to attach to motion for default final judgment and include damage calculations | 0.60 | 165.00 |
| 12/8/2025 | Katie Schickman Esq. | Draft/revise | Revise motion for default final judgment to include damage calculation | 0.30 | 82.50 |
| 12/11/2025 | Steffany Sanguino | Paralegal | Reached out to the client to follow up to obtain the video of her working that she had mentioned. | 0.10 | 16.50 |
| 12/12/2025 | Steffany Sanguino | Paralegal | The client texted us to confirm she sent the video to the provided number; however, we did not receive it. I texted the client back to inform her that we did not receive the video and provided the number to which she should send it. | 0.20 | 33.00 |
| 12/12/2025 | Katie | Receipt, | Receive, review, and respond to video of Ms. Saperstein | 0.30 | 82.50 |

| Date | Attorney | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Schickman Esq. | Review, and Analysis | working at ASSA | | |
| 12/15/2025 | Brooks LaRou Esq. | Draft/revise | Review, final revisions, and approval of Motion for Default Final Judgment, Proposed Default Judgment, and Plaintiff's Declaration of Indebtedness. | 1.40 | 525.00 |
| 12/15/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize motion for default final judgment & exhibits | 0.40 | 110.00 |
| 12/15/2025 | Katie Schickman Esq. | Phone Call | Discuss status with Ms. Saperstein | 0.10 | 27.50 |
| 12/15/2025 | Katie Schickman Esq. | Email with Client | Send a request for an e-signature on the declaration of indebtedness to Ms. Saperstein | 0.20 | 55.00 |
| 12/15/2025 | Katie Schickman Esq. | Draft/revise | Draft MET Default Final Judgment | 0.50 | 137.50 |
| 12/15/2025 | Katie Schickman Esq. | Draft/revise | Draft Proposed order Granting MET Default Final Judgment | 0.20 | 55.00 |
| 12/15/2025 | Katie Schickman Esq. | Legal | File MET Default Final Judgment & proposed order granting | 0.20 | 55.00 |
| 12/15/2025 | Brooks LaRou Esq. | Draft/revise | Review and provide final revisions for Motion for Extension of Time Default Final Judgment filing. | 0.10 | 37.50 |
| 12/16/2025 | Katie Schickman Esq. | Email with Others (Not Client) | Receive email from chambers & respond with proposed order to judge in word format | 0.20 | 55.00 |
| 12/16/2025 | Katie Schickman Esq. | Phone Call | Ms. Saperstein confirmed she is reviewing the documentation and will return it signed | 0.20 | 55.00 |
| 12/16/2025 | Katie Schickman Esq. | Phone Call | Follow up with Ms. Saperstein on the status of the signed declaration | 0.20 | 55.00 |
| 12/16/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Order granting met to file motion for default final judgment | 0.10 | 27.50 |
| 12/16/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Order denying motion for default final judgment and requiring renewed motion accompanied by an order | 0.20 | 55.00 |
| 12/17/2025 | Katie Schickman Esq. | Draft/revise | Work on the draft of the proposed order granting the renewed motion for default final judgment. add analysis of owed wages and allegations in the complaint | 0.80 | 220.00 |
| 12/19/2025 | Brooks LaRou Esq. | Draft/revise | Review and make further revisions to the draft of the Proposed Order granting Renewed Motion for Default Final Judgment. | 0.60 | 225.00 |
| 12/19/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Katie Schickman regarding additional revisions needed for draft of Proposed Order granting Renewed Motion for Default Final Judgment. | 0.10 | 37.50 |
| 12/22/2025 | Katie Schickman Esq. | Draft/revise | Further revise the proposed order granting Plaintiff's renewed motion for default final judgment and add an in-depth analysis Re: employment relationship, enterprise | 2.50 | 687.50 |

| Date | | | coverage, and damages | | |
|---|---|---|---|---|---|
| 12/22/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Katie Schickman regarding additional revisions needed to Proposed Order granting Plaintiff's Motion for Default Final Judgment. | 0.20 | 75.00 |
| 12/22/2025 | Brooks LaRou Esq. | Draft/revise | Final revisions to draft of Proposed Order granting Plaintiff's Motion for Default Final Judgment. | 1.50 | 562.50 |
| 12/22/2025 | Katie Schickman Esq. | Draft/revise | Revise and finalize Renewed Motion for Default Final Judgment, Declaration of Indebtedness, and Proposed final judgment | 0.50 | 137.50 |
| 12/22/2025 | Katie Schickman Esq. | Draft/revise | Conduct legal research on minimum wages and overtime wages and include case law into proposed order granting renewed motion for default final judgment | 0.80 | 220.00 |
| 12/22/2025 | Katie Schickman Esq. | Legal | File the Renewed Motion for Default Final Judgment and exhibits. Email word version of proposed order granting motion for default final and proposed final judgment to Judge Atlonga | 0.60 | 165.00 |
| 12/23/2025 | Katie Schickman Esq. | Draft/revise | Draft Notice of Filing Corrected Exhibit A to Plaintiff's Renewed Motion For Default Final Judgment | 0.20 | 55.00 |
| 12/23/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Order denying Plaintiff's renewed motion for default final judgment as the proposed order granting the motion was not filed as an exhibit | 0.20 | 55.00 |
| 12/23/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize Plaintiff's second renewed motion for default final judgment and supporting exhibits to comply with ECF No. 24 | 0.40 | 110.00 |
| 12/23/2025 | Katie Schickman Esq. | Draft/revise | Draft ltr to Mama Pizza encl Plaintiff's Second Renewed Motion For Default Final Judgment | 0.20 | 55.00 |
| 12/23/2025 | Katie Schickman Esq. | Draft/revise | Draft ltr to Vivian Caesar encl Plaintiff's Second Renewed Motion For Default Final Judgment | 0.20 | 55.00 |
| 1/8/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review order granting motion for default final judgment | 0.30 | 82.50 |
| 1/8/2026 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and Review Final Judgment order | 0.20 | 55.00 |
| 1/21/2026 | Katie Schickman Esq. | Draft/revise | Conduct review of file and then update draft of the Verfiied Motion for Attorney's Fees and Costs to be tailored to this case and to address the time and expenses incurred, and review time entries for inclusion in the Motion | 3.80 | 1,045.00 |
| 2/2/2026 | Katie Schickman Esq. | Draft/revise | Revise Motion for Attorneys fees and Costs | 0.20 | 55.00 |
| 2/4/2026 | Brian H. Pollock Esq. | FLSA - Plaintiff | Further revise and conduct add'l research for the M/Attorney's Fees and then further revise the proposed Judgment for Fees | 1.90 | 1,045.00 |

**Services Subtotal:15,705.00**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|

| 10/20/2025 | FairLaw Firm | Filing Fee - Federal Court | | 405.00 |
|---|---|---|---|---|
| 10/23/2025 | FairLaw Firm | Postage | Correspondence Pre-Suit Notice (Sarperstein) Cert. Mail | 10.44 |
| 10/23/2025 | FairLaw Firm | Postage | Correspondence Pre-Suit Notice (Sarperstein) | 0.74 |
| 10/29/2025 | FairLaw Firm | Service of Process | Invoice for Service of Process on Mama Pizza | 91.80 |
| 10/29/2025 | FairLaw Firm | Service of Process | Invoice for Service of Process on Vivian Ricardo | 91.80 |
| 11/26/2025 | FairLaw Firm | Postage | Letter Motion for Clerk's default to Mama Pizza and bakery Corp | 0.74 |
| 11/26/2025 | FairLaw Firm | Postage | Letter Motion for Clerk's default to Vivian | 0.74 |
| 11/26/2025 | FairLaw Firm | Postage | Letter Entry to Clerk's Default to Vivian | 0.74 |
| 11/26/2025 | FairLaw Firm | Postage | Letter Entry to Clerk's Default to MAMA PIZZA | 0.74 |
| 12/23/2025 | FairLaw Firm | Postage | Correspondence to Vivian Ricardo Caesar | 1.03 |
| 12/24/2025 | FairLaw Firm | Postage | Correspondence to Mama Pizza and Bakery | 1.03 |

**Expenses Subtotal:** 604.80

**Notes:**

Payment is due upon receipt.

**Total:** 16,309.80

