UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP AND
VIVIAN RICARDO CAESAR,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

THIS CAUSE came before the Court on Plaintiff, Tatiana Fernanda Saperstein's Verified Motion for Attorneys' Fees and Costs [ECF No. 28], filed on February 6, 2026, with time and expense records and costs records [ECF No. 28-1]. The Court has carefully considered the parties' written submissions, the record, and applicable law:

    1.    Plaintiff is the prevailing party and is entitled to recover her reasonable attorneys' fees and costs from the Defendants under 29 U.S.C. § 216(b) based on her having recovered a final judgment of $7,561.00 against the Defendants on January 8, 2026. [ECF No. 27]

    2.    Plaintiff now seeks attorney's fees of <u>$15,705.00</u> for the combined total of 52.7 hours expended by her counsel in this case and $604.80 for the costs reasonably expended in her case, for a total award of <u>$16,309.80</u>.

    3.    The Court finds the hourly rates requested for Plaintiff's counsel and staff ($550 for Brian Pollock, Esq., $375 for P. Brooks LaRou, Esq., $275 for Katelyn Schickman, Esq., and $165

for paralegal Steffany Sanguino) to be reasonable and consistent with prevailing market rates in this District.

4. The Court finds that Plaintiff's counsel reasonably expended the following time in handling this matter and obtaining a favorable judgment:

| Timekeeper | Hourly Rate | Hours | Total |
|---|---|---|---|
| Brian H. Pollock | $550 | 4.7 | $2,585.00 |
| P. Brooks LaRou | $375 | 4.7 | $1,762.50 |
| Katelyn Schickman | $275 | 38.3 | $10,532.50 |
| Steffany Sanguino | $165 | 5.0 | $825.00 |

ORDERED AND ADJUDGED that Plaintiff's Verified Motion For Attorney's Fees and Costs [ECF No. 28] is GRANTED, as follows:

1. The Court finds, based on the evidence presented, that Plaintiff's reasonable and recoverable attorney's fees total $15,705.00, and Plaintiff is awarded these fees, and that Plaintiff is entitled to recover $604.80 in taxable costs, and Plaintiff is awarded these costs, all of which shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

2. Plaintiff is entitled to reasonable fees and costs associated with the collection of the underlying FLSA judgment, and the attorney's fees and costs awarded herein.

DONE AND ORDERED in Chambers on this _____ day of February 2026.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc: Counsel of record by CM/ECF