UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24824-ALTONAGA/REID

TATIANA FERNANDA SAPERSTEIN,

    Plaintiff,

vs.

MAMA PIZZA AND BAKERY CORP
AND VIVIAN RICARDO CAESAR,

    Defendants.
_____/

# FACT INFORMATION SHEET – BUSINESS ENTITY
### (TO BE COMPLETED FOR MAMA PIZZA AND BAKERY CORP)

Name/Title of person filling out this form: _____

Address: _____
         Street         City         State         Zip Code

Telephone Numbers: (Home) _____ (Business) _____

Address of Business Entity: _____
         Street         City         State    Zip Code

Type of Entity: (Check One) __ Corporation ___Partnership ___Limited Partnership ___Sole

Proprietorship ___ Limited Liability Corporation (LLC) ___Professional Association (PA)

___ Other (Please explain) _____

Does Business Entity own/have interest in any other business entity? If so please explain._____

Gross/Taxable income reported for Federal Income Tax purpose last three years:
$ _____ $ _____ $ _____

Taxpayer Identification Number: _____

List Partners (General or Limited and designate Percentage of Ownership):
_____

---

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

Average Number of Employees/month: _____

Names of Officers and Directors:
_____

_____

Checking Account at: _____ Account Number: _____

Savings Account at: _____ Account Number: _____

Does the Business Entity own any vehicles: _____

Years/Makes/Models: _____

Vehicle I. D. Numbers : _____

Tag Numbers: _____

Loans Outstanding: _____

Does the Business Entity own any real property: YES _____ NO _____

If Yes: Address: _____

Please check if the business entity owns the following:
  _____ Boat        _____ Camper

  _____ Stocks/Bonds      _____ Other Real Property

  _____ Other Personal Property   _____ Intangible Property

**Please attach copies of the following:**

1. All tax returns for the past 3 years, including but not limited to state and federal income tax returns and tangible personal property tax returns.

2. All bank, savings and loan, and other account books or statements for accounts in institutions in which the defendant had any legal or equitable interest for the past 3 years.

3. All canceled checks for the 12 months immediately preceding the date of this judgment for accounts in which the defendant held any legal or equitable interest.

4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date of this judgment.

5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the defendant within the 12 months immediately preceding the date of filing this lawsuit. Any transfer of property within the last year other than ordinary course of business transactions.

6. Motor vehicle documents, including titles and registrations relating to any motor vehicles owned by the defendant alone or with others.

7. Financial statements and any other business records, including but not limited to accounts payable and accounts receivable ledgers, as to the defendant's assets and liabilities prepared within the 12 months immediately preceding the date of this judgment.

8. Copies of articles, by-laws, partnership agreement, operating agreement, and any other governing documents, and minutes of all meetings of the defendant's shareholders, board of directors, or members held within 2 years of the date of this judgment.

9. Resolutions of the shareholders, board of directors, or members passed within 2 years of the date of this judgment.

10. A list or schedule of all inventory and equipment.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

                                                       Mama Pizza and Bakery Corp

                                                       _____
                                                       Defendant's Designated Representative

                                                       Title: _____

STATE OF FLORIDA

COUNTY OF _____

The foregoing instrument was acknowledged before me this _____ day of _____, 20___, by _____, who is the _____ on behalf of MAMA PIZZA AND BAKERY CORP, and who is personally known to me or has produced _____ as identification and who _____ did / did not _____ take an oath.

WITNESS my hand and official seal, this _____ day of _____, 20___.

_____
Notary Public
State of Florida
My Commission Expires: _____

MAIL OR DELIVER THE COMPLETED FORM TO THE JUDGMENT CREDITOR OR THE CREDITOR'S ATTORNEY. THIS FORM IS NOT TO BE FILED WITH THE CLERK OF THE COURT.

Dated this \_\_\_ th day of March 2026.

        s/Brian H. Pollock, Esq.
        Brian H. Pollock, Esq. (174742)
        brian@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    305.230.4884
        *Counsel for Plaintiff*