**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-24824-CIV-ALTONAGA**

TATIANA FERNANDA
SAPERSTEIN,

     Plaintiff,

v.

MAMA PIZZA AND BAKERY
CORP., *et al.*,

     Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiff's Motion to Compel Fact Information Sheets [ECF No. 30], filed on March 6, 2026. To date, Defendants have failed to file a response in opposition. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall each complete and return a Form 1.977 Fact Information Sheet, with all required attachments, to Plaintiff's counsel within 30 days of service of the Fact Information Sheets on Defendants. Plaintiff shall serve Defendants with copies of this Order.

**DONE AND ORDERED** in Miami, Florida, this 25th day of March, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**